IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOSH HAYNES                                                                                                    PLAINTIFF
ADC #139661

V.                                       NO: 4:15CV00345 BSM/JWC

EDWARDS, *et al*                                                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Josh Haynes, who is held at the Arkansas Department of Correction's Omega Center, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 11, 2015.  The $400.00 filing and administrative fees were not paid, and Plaintiff did not file an application for leave to proceed *in forma pauperis*.  On June 19, 2015, the Court entered an order directing Plaintiff to either pay the filing and administrative fees, or file an application for leave to proceed *in forma pauperis*, and

warned him that his failure to do so within 30 days would result in the recommended dismissal of his complaint (docket entry #2). More than 30 days have passed, and Plaintiff has not paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE