# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN  DIVISION

**JOSH HAYNES**                                                      **PLAINTIFF**
**ADC #139661**

**v.**                          **CASE NO. 4:15CV00345 BSM**

**EDWARDS, et al.**                                             **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau have been reviewed.  No objections have been filed. After careful consideration, the proposed findings and recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Josh Haynes's complaint [Doc. No. 1] is dismissed without prejudice for failure to pay the filing fee and to comply with Local Rule 5.5(c)(2).

2.      It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

DATED this 24th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE